FILED
6/1/11

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT KELLEY and
JILL KELLEY,

      Plaintiff,

vs.

Case No: 8:11-CV-1218-T-33AEP

FEDERAL INSURANCE
COMPANY,

      Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff sues Defendant and alleges:

1. The Plaintiff, SCOTT KELLEY AND JILL KELLEY, is a citizen of the State of Florida. The Defendant, FEDERAL INSURANCE COMPANY, is an insurance company incorporated under the laws of a foreign country having its principal place of business in a state other than the State of Florida. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

2. The Defendant executed and delivered to the Plaintiff an all risk policy of property insurance, effective from October 19, 2009 to October 19, 2010, covering the Plaintiff's residence against all losses unless specifically excluded. A copy of the policy is attached as Exhibit "A".

3. On or about May 7, 2010, the Plaintiff suffered a covered loss to the insured residence in the form of direct physical damage to the structure including cracking of the walls, floors, and other portions of the insured premises.

4. Within a reasonable time after the loss, Plaintiff notified Defendant of the loss sustained, provided Defendant with all the details surrounding the loss, and allowed the Defendant to study, inspect, and survey the property, thus fully complying with all provisions of the insurance policy relating to giving notice of the loss and cooperating in the investigation of the loss. Thereafter, the Plaintiff demanded that the Defendant honor its obligations under the policy and pay the benefits owed to the Plaintiff and loss payees/third-party beneficiaries.

5. The Defendant denied the claim as a sinkhole loss and refused to honor the claim or pay benefits to the Plaintiff or loss payees/third-party beneficiaries as provided for in the insurance policy. This denial constitutes a breach of the contract of insurance.

6. Pursuant to Florida law, all portions of the insurance code are expressly incorporated into the subject policy of insurance, particularly sections 627.707 et. seq. (sinkhole investigation statute) and 627.6131 (90 day claims rule). The Defendant further breached the policy of insurance by failing to properly investigate the claim or make a claims decision within 90 days, thereby breaching the implied covenant of good faith and fair dealing. This allegation is not intended as a claim for bad faith under section 624.155.

7. As a direct and proximate result of the Defendant's breach of contract, the Plaintiff has suffered damages as recoverable under the policy in the form the value of the dwelling and all other structures, costs to stabilize the land and building and repair the foundation, loss of use including additional living expenses, costs associated with debris removal, costs of preservation of property including landscaping restoration, any consequential damages plus the applicable interest rate, and all other elements of damages provided for in the policy of insurance.

8. Plaintiff performed all conditions precedent to this action, or those conditions were waived or excused.

9. Because of Defendant's refusal and failure to pay any part of the loss to Plaintiff or loss payees/third-party beneficiaries, Plaintiff was compelled to retain the services of the undersigned counsel to prosecute this action. Plaintiff is obligated to counsel for payment of reasonable attorney's fees and Defendant is obligated to pay such fees pursuant to Florida Statute § 627.428.

WHEREFORE, the Plaintiff prays that this Court enter judgment in favor of the Plaintiff for an amount in excess of the jurisdictional requirements of 28 U.S.C. § 1332, together with costs, interest, and attorney's fees under Fla. Stat. § 627.428.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff hereby demands trial by jury on all issues so triable.

DATED this 31st day of May, 2011.

MICHAEL V. LAURATO, ESQUIRE
Florida Bar No. 181447
AUSTIN & LAURATO, P.A.
1902 W. Cass Street
Tampa, Florida 33606
(813)258-0624
(813)258-4625 Facsimile
mlaurato@austinlaurato.com
Attorneys for Plaintiff
TRIAL COUNSEL